IN THE DISTRICT COURT OF APPEAL
                                          FIRST DISTRICT, STATE OF FLORIDA

RICHARD CHRISTINSEN,                      NOT FINAL UNTIL TIME EXPIRES TO
                                          FILE MOTION FOR REHEARING AND
         Appellant,                       DISPOSITION THEREOF IF FILED

v.                                        CASE NO. 1D16-0429

STATE OF FLORIDA,

         Appellee.

_____/

Opinion filed July 22, 2016.

An appeal from an order of the Circuit Court for Duval County.
Mallory D. Cooper, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public
Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

         AFFIRMED.

BILBREY, KELSEY, and M. K. THOMAS, JJ., CONCUR.